|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>IN RE:<br><br>**NICOLE MONIQUE McDADE-GRAYSON<br>AND KEVIN GRAYSON,**<br><br>                         Debtors<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | Settlement Date: January 30th, 2013<br>Time: 10:30 A.M.<br><br>Chapter 13<br>Case No. 10-24059 RDD<br><br>**NOTICE OF SETTLEMENT** |

      **PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Robert D. Drain,, United States Bankruptcy Judge, on the 30th day of January, 2013 at 10:30 A.M. in the Judge's Chambers, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

      **PLEASE TAKE FURTHER NOTICE ,** that Hearings on Objections, if any, to be conducted same place, date and time. Written objections or counterorders, must be submitted to chambers no later than close of business *three (3) days prior* to settlement.

Dated: White Plains, New York
       October 31st , 2012

                                             /s/ Jeffrey L. Sapir
                                          **Jeffrey L. Sapir  (JLS 0938)
                                           Chapter 13 Trustee
                                           399 Knollwood Road
                                           White Plains, New York 10603
                                           Chapter 13 Tel. 914-328-6333**

**TO**:  United States Trustee
33 Whitehall Street
New York, New York 10004

Nicole Monique and Kevin Grayson
100 Lonergan Drive
Suffern, New York 10901

Michael H. Schwartz, Esq.
One Water Street
White Plains, New York 10601

City Mortgage, Inc.
P.O. Box 6941
The Lakes, Nevada   88901-6941

Hyundai Motors Finance Company
P.O. Box 20809
Fountain Valley, California   92728

Home Plus Finance Corporation
2143 South Sepulveda Blvd.  2nd Floor
Los Angeles, California   90025

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                              Chapter 13
                                              Case No. 10-24059 RDD

**NICOLE MONIQUE McDADE-GRAYSON**
**AND KEVIN GRAYSON,**


                                      Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

      The chapter 13 trustee having moved for an order dismissing this chapter 13 case, and upon the motion and the record of the January 30, 2013 hearing thereon, the Court having found that the above-captioned debtors have failed to comply with the provision of 11 U.S.C. § 1307(c)(1) and (c)(6) and the Order Confirming Plan dated August 16, 2012 directing the debtors to remit monthly payments according to plan, and the debtors failing to comply therewith, and being, at this juncture, in material arrears with plan payments to the trustee, and there being a material default in this confirmed plan, and good cause appearing,

      **IT IS ORDERED THAT:**

      This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case

Dated: White Plains, New York
       January              , 2013

                                              _____
                                              **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                          Chapter 13
                                          Case No. 10-24059 RDD

**NICOLE MONIQUE McDADE-GRAYSON**
**AND KEVIN GRAYSON,**

                                          **TRUSTEE'S AFFIDAVIT**

                  Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER  )    ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.     He is the standing Chapter 13 Trustee.

        2.     The debtors filed a Chapter 13 proceeding on September 30th, 2010,

        3.     The debtors failed to comply with the provisions of 11 U.S.C. §1307 (c)(1) and (c)(6).

        4.     The debtors has failed to comply with the Order Confirming Plan dated August 16th, 2012, whereby the debtors must remit monthly payments to the trustee in the sum of $516.51 for 6 months; $840.51 for 33 months; $1,453.24 for 7 months and $1,728.23 for 14 months.

        5.     The debtors have paid the trustee to date the sum of $14,147.54.

        6.     The debtors are $4,080.00 in arrears in plan payments to the trustee.

        7.     There exists a material default in this confirmed plan.

        8.     The delay created by the debtors is prejudicial to creditors.

   **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case, be signed.

                   /s/ Jeffrey L. Sapir
                   **Jeffrey L. Sapir**

Sworn to before me this
31st day of October, 2012

/s/ Jody L. Kava
Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
IN RE:                                                              Chapter 13
                                                                    Case No. 10-24059 RDD

**NICOLE MONIQUE McDADE-GRAYSON
AND KEVIN GRAYSON,**

                              Debtors
-----------------------------------x

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK           )
COUNTY OF WESTCHESTER       ) ss.:

      Lois Rosemarie Esposito, being duly sworn, deposes and says:

      I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

      On October 31st, 2012 I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**    United States Trustee
         33 Whitehall Street
         New York, New York 10004

         Nicole Monique and Kevin Grayson
         100 Lonergan Drive
         Suffern, New York 10901

         Michael H. Schwartz, Esq.
         One Water Street
         White Plains, New York 10601

City Mortgage, Inc.
P.O. Box 6941
The Lakes, Nevada   88901-6941

Hyundai Motors Finance Company
P.O. Box 20809
Fountain Valley, California   92728

Home Plus Finance Corporation
2143 South Sepulveda Blvd.  2nd Floor
Los Angeles, California   90025

                                                      /s/ Lois Rosemarie Esposito
                                                      **Lois Rosemarie Esposito**

Sworn to before me this
31st   day of October, 2012

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 02SA8764500
Qualified in Rockland County
Term Expires:  12/31/14