UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                        Chapter 13
                                        Case No. 10-24059 RDD

**NICOLE MONIQUE McDADE-GRAYSON**
**AND KEVIN GRAYSON,**

                            Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved, on due notice, for an order dismissing this chapter 13 case; and, upon the motion and the record of the March 13, 2013 hearing thereon, the Court having found that the above-captioned debtors have failed to comply with 11 U.S.C. § 1307 (c)(1) and (c)(6) and the Order Confirming Plan dated August 16, 2012 directing the debtors to remit monthly payments according to their chapter 13 plan; and the debtors being at this time in material arrears with plan payments to the trustee; and good cause appearing,

    **IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case

Dated: White Plains, New York
       March 14, 2013

                                        /s/Robert D. Drain
                                        **UNITED STATES BANKRUPTCY JUDGE**